UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.  15-20403-CR-DIMITROULEAS

    Plaintiff,

vs.

OSCAR DAVID PULGARIN-GANAN,

    Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on the Government's Second, Joint Motion for Reduction of Sentence [DE-222], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion [DE-222] is Granted.  The sentence is reduced to time served with the same conditions of supervised release.  A separate judgement/sentence will be entered.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

U.S. Marshals